**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

No. 98-2410

―――――――――

MANDIE SUE MILLS,

                            Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                            Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Dennis W. Shedd, District Judge.
(CA-98-1181-3-19)

―――――――――

Submitted:  March 2, 1999          Decided:  April 13, 1999

―――――――――

Before WIDENER, NIEMEYER, and HAMILTON, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Henry Dargan McMaster, Bryan P. Stirling, TOMPKINS & MCMASTER,
Columbia, South Carolina, for Appellant.   J. Rene Josey, United
States Attorney, Frances C. Trapp, Assistant United States Attor-
ney, Columbia, South Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mandie Sue Mills appeals the district court's order dismissing her claim under the Federal Tort Claims Act for lack of subject matter jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Although we recognize the grievous loss suffered by Mrs. Mills, application of the Feres doctrine compels the conclusion that relief in a judicial forum is simply unavailable. Accordingly, we affirm on the reasoning of the district court. See Mills v. United States, No. CA-98-1181-3-19 (D.S.C. July 21, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2